PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA GARCIA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HIMALASALT-SUSTAINABLE SOURCING, LLC, a Massachusetts limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-07410-VAP-KS<br>Judge: Hon. Virginia A. Phillips<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(I)**<br><br>Complaint Filed August 23, 2018 |

1 | Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Erika Garcia
2 | dismisses with prejudice this action against Himalasalt-Sustainable Sourcing, LLC.
3 | Defendant has not yet filed or served a response to Plaintiff's Complaint.

Dated: November 1, 2018         PACIFIC TRIAL ATTORNEYS

By: /s/ Scott J. Ferrell
    Scott J. Ferrell
    Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2018, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(I)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*
Scott J. Ferrell, Esq.